IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:13-cv-00097-GMS |
| | ) |
| TOYS "R" US, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Walker Digital, LLC ("Walker Digital") hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Toys "R" Us, Inc. has not yet answered the Complaint. Accordingly, Walker Digital voluntarily dismisses Toys "R" Us, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: March 8, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Walker Digital, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                              */s/ Richard C. Weinblatt*
                                              Richard C. Weinblatt #5080